**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

|                             |   |                                      |
|-----------------------------|---|--------------------------------------|
|                             | : | **MDL DOCKET NO. 4:03-CV-1507-BRW**  |
| **IN RE:**                  | : |                                      |
| **PREMPRO PRODUCTS LIABILITY** | : |                                   |
| **LITIGATION**              | : | **ALL CASES**                        |

**ORDER**

Pending are Defendants' Motions for Judgment on the Pleadings (Doc. Nos. 3082, 3087).

Plaintiffs have responded[1] and Defendants have replied.[2]  The parties presented oral argument at

a July 20, 2012 hearing.[3]

Defendants, manufacturers of generic hormone replacement drugs, assert that *PLIVA,*

*Inc. v. Mensing*,[4] preempts any strict liability failure to warn claim against Defendants.

Additionally, Defendants contend that the reasoning in *Mensing* would foreclose any design

defect claims.  Plaintiffs disagree, and request that, at the very least, they be permitted to amend

their complaints.

At this point, it seems to me that permitting the plaintiffs leave to amend their complaints

is reasonable.  Accordingly, the plaintiffs whose cases are listed in Exhibit A must amend their

complaints within <u>three weeks</u> of the date of this Order -- this is plenty of time considering that

the request to amend complaints should have been made months, if not years, ago.

After a cursory review of several of the complaints in these cases, it appears that many

make only basic failure to warn claims and are devoid of the claims Plaintiffs' counsel posited at

---

[1]Doc. Nos. 3094, 3095.

[2]Doc. No. 3102.

[3]Doc. No. 3106.

[4]131 S. Ct. 2567 (2011).

the July 20, 2012 hearing.  If a plaintiff does not amend her complaint by the deadline,

Defendants may refile their motion for judgment on the pleadings in the individual case. Word to

the wise:  If a plaintiff fails to amend her complaint, and Defendants again seek dismissal, it is

unlikely that I will again allow the plaintiff leave to amend her complaint.

Additionally, each amended complaint must set out, in plenary detail, the factual basis for

the plaintiff's claims.  For example, if the plaintiff is asserting "off-label promotion," the

complaint must set out sufficient facts to support this claim.  In other words, the specific who,

what, when, and where will be required (considering that Plaintiffs have been accumulating

discovery against Defendants for nearly 10 years, this requirement is reasonable).  Each plaintiff

also will be required to show, with specificity, how she was directly affected by each

Defendant's conduct.  Generally claiming that Defendants practiced "off-label promotion" will

be considered insufficient, and may result in dismissal of the case.

## CONCLUSION

Based on the findings of fact and conclusions of law above, Defendants' Motions for

Judgment on the Pleadings (Doc. Nos. 3082, 3087) are DENIED without prejudice.  Plaintiffs

are permitted to amend their individual complaints as set out above.

IT IS SO ORDERED this 11th day of September, 2012.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| | |
|---|---|
| Scott, Patsy | 3:07-CV-00147 |
| Lund, Judy | 4:04-CV-00717 |
| Gallegos, Margaret | 4:04-CV-00723 |
| Mesojedec, Ann Marie | 4:04-CV-00809 |
| Brown, Nona | 4:04-CV-00816 |
| | |
| Glier, Nancy | 4:04-CV-00899 |
| Watson, Patricia | 4:04-CV-00938 |
| Jenkins, Linda | 4:04-CV-00996 |
| Lopez, Amada | 4:04-CV-01068 |
| Trinnaman, Mary | 4:04-CV-01071 |
| | |
| Alexander, Janet | 4:04-CV-01223 |
| Cheltra, Denise M. | 4:04-CV-01294 |
| Anderson, Darlene Kay | 4:04-CV-01297 |
| Barnard, Avis | 4:04-CV-01308 |
| Trommer, Edith | 4:04-CV-01620 |
| | |
| Kiss, Marie S. | 4:04-CV-01863 |
| Griggs, Esther R. | 4:04-CV-01959 |
| Tsubota, Elaine | 4:04-CV-02212 |
| Baker, Carol | 4:04-CV-02256 |
| Newman, Beverly | 4:04-CV-02316 |
| | |
| Clouser, Mary J. | 4:05-CV-00075 |
| Lawson, Barbara | 4:05-CV-00077, 4:11-CV-00101 |
| Lee, Darlene | 4:05-CV-00146 |
| Herman, Linda | 4:05-CV-00167 |
| Dye, Susan | 4:05-CV-00195 |
| | |
| Posey, Janelle | 4:05-CV-00206 |
| Palomo, Olivia | 4:05-CV-00253 |
| Indyk, Rebeca | 4:05-CV-00380 |
| McMurray, Elaine | 4:05-CV-00382 |
| Daly, Eleanor | 4:05-CV-00396 |
| | |
| Shareff, Karen | 4:05-CV-00406 |
| Weissmer, Willa | 4:05-CV-00423 |
| Mullikin, Virginia | 4:05-CV-00427 |
| Pannell, Deborah | 4:05-CV-00498 |
| Strickland, Sandra | 4:05-CV-00530 |
| | |
| Burbridge, Pat | 4:05-CV-00544 |
| Toomey, Janet | 4:05-CV-00549 |
| Andenoro, Janice | 4:05-CV-00558 |
| Paquin, Ethel | 4:05-CV-00598; 4:08-CV-01833 |
| Campbell, Delores | 4:05-CV-00614 |

| | |
|---|---|
| Thompson, Gaye | 4:05-CV-00651 |
| Nickle, Lovena | 4:05-CV-00657 |
| Spicer, Barbara A. | 4:05-CV-00697 |
| Cummings, Morene | 4:05-CV-00798 |
| McCormack, Nancy | 4:05-CV-00800 |
| | |
| Weaver, Mary Jo | 4:05-CV-00810 |
| Mason, Barbara | 4:05-CV-00832 |
| Amdur, Patricia | 4:05-CV-00841 |
| Wilkerson, Shirley | 4:05-CV-00910 |
| Shea, Kathryn | 4:05-CV-00969 |
| | |
| Higginbotham, Carla | 4:05-CV-00974 |
| Douglass, Barbara Louise | 4:05-CV-01133 |
| Nikolchev, Grigorina | 4:05-CV-01245 |
| Anderson, Irene | 4:05-CV-01246 |
| Schoenberg, Carol | 4:05-CV-01248 |
| | |
| Cain, Helen | 4:05-CV-01366 |
| Smith, Jo Ann | 4:05-CV-01378 |
| Byrd, Laura | 4:05-CV-01402 |
| Moisi, Rose | 4:05-CV-01404 |
| Anderson, Barbara | 4:05-CV-01408 |
| | |
| Bowling, Virginia | 4:05-CV-01433 |
| Roth, Laura | 4:05-CV-01446 |
| Steinert, Minnie | 4:05-CV-01516 |
| Beaver, Eula M. | 4:05-CV-01573 |
| Miller, Doris | 4:05-CV-01575 |
| | |
| Blanco, Mercedes G. | 4:05-CV-01620 |
| Perotti, Deborah | 4:05-CV-01633 |
| South, Mary | 4:05-CV-01680 |
| Clark, Sylvia E. | 4:05-CV-01754 |
| Keener, Norma | 4:05-CV-01793 |
| | |
| Kamsch, Carole | 4:05-CV-01803 |
| Vernon, Beverly | 4:05-CV-01858 |
| Moore, Barbara J. | 4:05-CV-01866 |
| Johnson, Deborah E. | 4:05-CV-01896 |
| Smith, Helga K. | 4:05-CV-01909 |
| | |
| Robertson, Darline J. | 4:06-CV-00001 |
| Quinn, Marjorie A. | 4:06-CV-00050 |
| Hinkle, Joy | 4:06-CV-00079 |
| Gorski, Virginia | 4:06-CV-00110 |
| Cantwell, Lynn | 4:06-CV-00121 |

| | |
|---|---|
| Giambrone, Patti H. | 4:06-CV-00160 |
| Engle, Connie | 4:06-CV-00228 |
| Merricks, Lillian P. | 4:06-CV-00233 |
| Wilson, Sharon | 4:06-CV-00240 |
| Ridgeway, Ann | 4:06-CV-00294 |
| | |
| Ford, Linda | 4:06-CV-00384 |
| Brooks, Marilyn | 4:06-CV-00403 |
| Dudley, Ann | 4:06-CV-00430 |
| Stark, Audrey A. | 4:06-CV-00435 |
| Baker, Jacqueline | 4:06-CV-00441 |
| | |
| Trautman, Janet | 4:06-CV-00442 |
| Plowman, Joyce | 4:06-CV-00443 |
| Bolton, Barbara | 4:06-CV-00493 |
| Norwood, Keith Hunter | 4:06-CV-00517 |
| Abbey, Francine | 4:06-CV-00537 |
| | |
| Pick, Roslyn | 4:06-CV-00581 |
| Broussard, Angela | 4:06-CV-00636 |
| Briscoe, Brenda Kaye | 4:06-CV-00661 |
| Guillot, Claudia | 4:06-CV-00697 |
| Barr, Rebecca | 4:06-CV-00704 |
| | |
| Mahoney, Julia | 4:06-CV-00714 |
| Moffett, Linda W. | 4:06-CV-00722 |
| Kell, Rayjeana | 4:06-CV-00772 |
| Naquin, Carol | 4:06-CV-00784 |
| Flint, Mary Jo | 4:06-CV-00793 |
| | |
| Thomas, Jo Anne | 4:06-CV-00800 |
| Goldberg, Marlene | 4:06-CV-00821 |
| Stepp, Onie Lorene | 4:06-CV-00873 |
| Calhoun, Sharon | 4:06-CV-00878 |
| Russell, Barbara | 4:06-CV-00879 |
| | |
| Pinkerton, Bertha L. | 4:06-CV-00881 |
| Lyons, Mary | 4:06-CV-00916 |
| Wright, Bertha Lee | 4:06-CV-00938 |
| Harrison, Carolyn | 4:06-CV-00940 |
| Rosenberry, Mary Verna | 4:06-CV-00959 |
| | |
| Durain, Wanda | 4:06-CV-00988 |
| Duncan, Arizona L. | 4:06-CV-00993 |
| Black, Karen A. | 4:06-CV-01022 |
| Goodman, Donna K. | 4:06-CV-01048 |
| Brownewell, Dorothy | 4:06-CV-01049 |

| | |
|---|---|
| White-Brown, Margaret D. | 4:06-CV-01120 |
| Wojcik, Rosemary S. | 4:06-CV-01127 |
| Cavaliere, Geraldine | 4:06-CV-01165 |
| Burton, Mary Lou | 4:06-CV-01186 |
| Richardson, Lucille | 4:06-CV-01193 |
| | |
| Willenbrock, Darylle D. | 4:06-CV-01200 |
| Campbell, Sylvia | 4:06-CV-01219 |
| Cagle, Theda | 4:06-CV-01220 |
| Campbell, Bonnie | 4:06-CV-01222 |
| Bradley, Mary | 4:06-CV-01224 |
| | |
| Fortner, Doris | 4:06-CV-01252 |
| Derefield, Pamela S. | 4:06-CV-01260 |
| Mallin, Beverly | 4:06-CV-01282 |
| Hinton, Sarah A. | 4:06-CV-01324 |
| Kinser, Frances | 4:06-CV-01339 |
| | |
| Clement, Joyce | 4:06-CV-01345 |
| Martin, Elizabeth A. | 4:06-CV-01389 |
| Bikos, Bonnie | 4:06-CV-01392 |
| Puzzuole, Margaret | 4:06-CV-01398 |
| Sponza, Regina | 4:06-CV-01399 |
| | |
| Hunter, Shirley A. | 4:06-CV-01403 |
| Kagay, Joyce | 4:06-CV-01431 |
| Anthony, Sandra | 4:06-CV-01433 |
| Zimmerman, Joyce | 4:06-CV-01438 |
| Johnson, Sherry | 4:06-CV-01443 |
| | |
| Neubarth, Marie | 4:06-CV-01455 |
| Frank, Francis, Jr. | 4:06-CV-01474 |
| Roseman, Charlotte | 4:06-CV-01488 |
| Rosenbloom, Susan | 4:06-CV-01502 |
| Balis, Nancy A. | 4:06-CV-01506 |
| | |
| Schultz, Marilyn | 4:06-CV-01516 |
| Morgan, Alice | 4:06-CV-01555 |
| Sayers, Marjorie | 4:06-CV-01564 |
| Koch, Dorothy J. | 4:06-CV-01617 |
| Orgel, Lynne | 4:06-CV-01645 |
| | |
| Chambers, Zona | 4:06-CV-01650 |
| Rittenberry, Linda | 4:06-CV-01679 |
| Burbach, Julaine | 4:06-CV-01696 |
| Tipton, Janice | 4:06-CV-01700 |
| Hagstrand, Janet L. | 4:06-CV-01712 |

| | |
|---|---|
| Prickett, Judy C. | 4:07-CV-00090 |
| Strickland, Anne J. | 4:07-CV-00093 |
| Williams, Sharon J. | 4:07-CV-00095 |
| Kidd, Judith R. | 4:07-CV-00100 |
| Simpson, Arleane | 4:07-CV-00126 |
| | |
| McKnight, Marilyn | 4:07-CV-00156 |
| Battiste, Thelma | 4:07-CV-00189 |
| Lonsiak, Kathleen | 4:07-CV-00211 |
| Regan, Peggy | 4:07-CV-00232 |
| Spangler, Edith | 4:07-CV-00251 |
| | |
| Payne, Patricia Ann | 4:07-CV-00321 |
| Lopez, Melissa | 4:07-CV-00323 |
| Anderson, Carolyn | 4:07-CV-00332 |
| Snyder, Debbie | 4:07-CV-00340 |
| Tangman, Frances | 4:07-CV-00419 |
| | |
| Williams, Christine S. | 4:07-CV-00427 |
| McCune, Lavon | 4:07-CV-00430 |
| Kota, Miriam | 4:07-CV-00467 |
| Nussbaum, Gale | 4:07-CV-00469 |
| Harding, Joann D. | 4:07-CV-00478 |
| | |
| Dale, Jane R. | 4:07-CV-00558 |
| Kirschstein, Janet | 4:07-CV-00653 |
| McMichael, Linda | 4:07-CV-00655 |
| Irwin, Vivian | 4:07-CV-00731 |
| Stolbun, Judith Greer | 4:07-CV-00816 |
| | |
| Mills, Stanley | 4:07-CV-00884 |
| Scott, Toni | 4:07-CV-01078 |
| Turner, Mildred | 4:08-CV-00035 |
| Miller, Joan P. | 4:08-CV-00062 |
| Payne, Patty | 4:08-CV-00185 |
| | |
| Johnson, Eloise | 4:08-CV-00290 |
| Kielty, Cheryl | 4:08-CV-00402 |
| Smylie, Carol | 4:08-CV-00443 |
| Okon, Marilyn | 4:08-CV-00462 |
| Jewell, Paula | 4:08-CV-00617 |
| | |
| Draper, Helen | 4:08-CV-00699 |
| Amador, Silvia | 4:08-CV-00779 |
| Barnes, Marita A. | 4:08-CV-00864 |
| Chen, Margaret L. | 4:08-CV-01268 |
| Archbold, Sharon | 4:08-CV-01288 |

| | |
|---|---|
| Fisher, Terri L. | 4:08-CV-01393 |
| Peterson, Sandra | 4:08-CV-01687 |
| Shanle, Sheila | 4:08-CV-01793 |
| Reddy, Jeanne Marie | 4:08-CV-01811 |
| Redman, Virginia | 4:08-CV-01816 |
| | |
| Weaver, Brenda | 4:08-CV-01848 |
| Nichols, Linda | 4:08-CV-01856 |
| Costa, Frances | 4:08-CV-01860 |
| Shuckhart, Mary | 4:08-CV-01876 |
| Weaver, Rise L. | 4:08-CV-01999 |
| | |
| Blaisdell, Norman | 4:08-CV-02116 |
| Marshall, Valerie A. | 4:08-CV-02188 |
| Weaver, Rita | 4:08-CV-02313 |
| Kropf, Karen Leanne | 4:08-CV-02314 |
| McCarthy, Cynthia | 4:08-CV-02388 |
| | |
| Cook, Carol L. | 4:08-CV-02413 |
| Jenkins, Gwendolyn | 4:08-CV-02514 |
| Barnett, Jacklynn | 4:08-CV-02695 |
| Sands, Joyce | 4:08-CV-02745 |
| Geiser, Dorothy | 4:08-CV-02787 |
| | |
| Schlenk, Lois | 4:08-CV-02796 |
| Estell, Shirley | 4:08-CV-03119 |
| Reed, Mae Frances | 4:08-CV-03121; 4:09-cv-00132 |
| Bumpas, Vickie E. | 4:08-CV-03167 |
| Johann, Apollonia | 4:08-CV-03178 |
| | |
| Beaver, Donna | 4:08-CV-03204 |
| McLain, Judy | 4:08-CV-03207 |
| Haupert, Karen | 4:08-CV-03211 |
| Weinfurtner, Carol | 4:08-CV-03213 |
| Kaiser, Barbara J. | 4:08-CV-03237 |
| | |
| Crestelle, Carole | 4:08-CV-03333 |
| Jones, Sharon Lee | 4:08-CV-03338 |
| Hill, Jeanne | 4:08-CV-03339 |
| Kurinko, Ann Marie | 4:08-CV-03340 |
| Blattl, Kurt | 4:08-CV-03358 |
| | |
| Hicks, Mary E. | 4:08-CV-03523 |
| Woods, Dorothy | 4:08-CV-03548 |
| Finn, Kathleen | 4:08-CV-03560 |
| Morgan, Nancy | 4:08-CV-03572 |
| Alvarran, Bonnie | 4:08-CV-03631 |

Sanford, Glenda            4:08-CV-03671
Burton, Sharon             4:08-CV-03677
Carter, Linda              4:08-CV-03690
Hennin, Pat                4:08-CV-03699
Cornell, Nancy             4:08-CV-03723

Goodman, Lorraine          4:08-CV-03777
Humphreys, Nancy           4:08-CV-03833
Mayo, Mary                 4:08-CV-03905
Roy, Thelma                4:08-CV-03913
Saunders, Doris            4:08-CV-03923

Scarbro, Frances           4:08-CV-03927
Scott, Minnie              4:08-CV-03932
Mitchell, Iva              4:08-CV-03985
Utt, Brenda                4:08-CV-04017
Poe, Sharon                4:08-CV-04087

Midili, Denise             4:09-CV-00059
Huff, Beverly C.           4:09-CV-00103
Frambs, Geraldyne          4:09-CV-00741
Mackiewicz, Kerma          4:09-CV-00748
Whatley, Ernest Joe        4:10-CV-00128

Cox, Marsha                4:10-CV-00285
Turk, Jean                 4:10-CV-00291
Banks, Linda               4:10-CV-00350
Steele, Carolyn            4:10-CV-00370
Bledsoe, Shirley           4:10-CV-00421

Plain, Diane               4:10-CV-00435
Langren, Roberta           4:10-CV-00438
Knutson, Linda             4:10-CV-00457
Slaton, Mary               4:10-CV-00461
Baker, Mary                4:10-CV-00464

Green, Kenneth             4:10-CV-00465
Hart, Marlene              4:10-CV-00475
Evosevich, Felecisima      4:10-CV-00478
Walton, Doris              4:10-CV-00505
Geneve, Barbara            4:10-CV-00542

Williams, Lucille          4:10-CV-00569
Hansmann, Kathleen         4:10-CV-00578
Lopez, Delfina             4:10-CV-00587
Kerns, Margie              4:10-CV-00600
Krcmarik, Janet            4:10-CV-00601

| | |
|---|---|
| Oberg, Jeanne | 4:10-CV-00602 |
| Sargent, Patricia | 4:10-CV-00605 |
| Walther, Rose | 4:10-CV-00609 |
| Sundall, Kathleen | 4:10-CV-00611 |
| Ely, Carol | 4:10-CV-00619 |
| | |
| Vincent, Sandra | 4:10-CV-00620 |
| Lindsay, Helen | 4:10-CV-00626 |
| Winfield, Cynthia | 4:10-CV-00629 |
| Mehr, Jeanette | 4:10-CV-00632 |
| Erickson, Roberta | 4:10-CV-00649 |
| | |
| Wilson, Evie | 4:10-CV-00656 |
| Foster, Thressa | 4:10-CV-00669 |
| Garcia, Gloria | 4:10-CV-00681 |
| Genco, Lucille | 4:10-CV-00682 |
| Ferguson, Sandra | 4:10-CV-00683 |
| | |
| Bell, Greg | 4:10-CV-00685 |
| Clausen, Lois | 4:10-CV-00687 |
| McGilvray, Anne | 4:10-CV-00782 |
| King, Marilyn | 4:10-CV-00792 |
| Grossman, Herbert | 4:10-CV-00797 |
| | |
| Cox, Carolyn | 4:10-CV-00798 |
| Hagle, Irene | 4:10-CV-00805 |
| Swanson, Mary | 4:10-CV-00813 |
| Johnson, Barbara | 4:10-CV-00817 |
| Fornberg, Loretta | 4:10-CV-00818 |
| | |
| Kirchhoff, Rose | 4:10-CV-00823 |
| Holden, Kathleen | 4:10-CV-00827 |
| Cassidy, Theresa | 4:10-CV-00828 |
| Sivils, Sharon | 4:10-CV-00830 |
| Tallent, Patricia | 4:10-CV-00839 |
| | |
| Beedle, Joyce | 4:10-CV-00842 |
| Bolster, Sharon | 4:10-CV-00846 |
| Allgood, Tanya | 4:10-CV-00848 |
| Sedwick, Mary | 4:10-CV-00871 |
| Wille, Lois | 4:10-CV-00886 |
| | |
| Brandt, Judith | 4:10-CV-00890 |
| Gouge, Delores | 4:10-CV-00891 |
| Jacquemart, Sharron | 4:10-CV-00912 |
| Bussart, Norma | 4:10-CV-00921 |
| Moore, John | 4:10-CV-00922 |

| | |
|---|---|
| Meranto, Oneida | 4:10-CV-00923 |
| Fields, Dorothy | 4:10-CV-00926 |
| Gordon, Sharon | 4:10-CV-00933 |
| Wood, Ann M. | 4:10-CV-00935 |
| Mangan, Beverly | 4:10-CV-00941 |
| | |
| Provasnik, Judith | 4:10-CV-00955 |
| Anglin, Linda | 4:10-CV-00988 |
| Dahlman, Emma Louise | 4:10-CV-00989 |
| Weddle, Georganne | 4:10-CV-00992 |
| Raatz, Dixie | 4:10-CV-01018 |
| | |
| Marcus, Sandra | 4:10-CV-01021 |
| Beylen, Joan | 4:10-CV-01029 |
| Contreras, Sandra | 4:10-CV-01030 |
| Howard, Carolyn | 4:10-CV-01034 |
| Stanionis, Lee | 4:10-CV-01035 |
| | |
| Gilmore, Sheila | 4:10-CV-01039 |
| Crane, Livia Salazar | 4:10-CV-01040 |
| Sherril, Janie | 4:10-CV-01041 |
| Grossman, Shirley | 4:10-CV-01042 |
| Meiller, Jean | 4:10-CV-01046 |
| | |
| Sain, Sudarshain | 4:10-CV-01060 |
| Struckmann, Jean A. | 4:10-CV-01061 |
| Knobel-Besa, Penny | 4:10-CV-01063 |
| Dasen, Paula | 4:10-CV-01080 |
| Denney, Marge | 4:10-CV-01212 |
| | |
| Guerra, Rosemary | 4:10-CV-01214 |
| Owen, Joyce | 4:10-CV-01236 |
| Wynkoop, Joanne | 4:10-CV-01239 |
| Martin, Rose | 4:10-CV-01241 |
| Owens, Evelyn | 4:10-CV-01267 |
| | |
| Mosely, Patty Ann | 4:10-CV-01272 |
| Thomas, Sharon | 4:10-CV-01286 |
| Trout, Geraldine | 4:10-CV-01289 |
| Onody, Marilyn | 4:10-CV-01298 |
| Krueger, Ruth | 4:10-CV-01306 |
| | |
| Friedberg, Carolyn | 4:10-CV-01313 |
| DeBell, Alma | 4:10-CV-01317 |
| Miner, Nola Jean | 4:10-CV-01324 |
| Facer, Kelleen | 4:10-CV-01347 |
| Funk, Judith | 4:10-CV-01351 |

| | |
|---|---|
| Zand, Tabandeh | 4:10-CV-01360 |
| Peterson, Darlene | 4:10-CV-01363 |
| Unlandt, Leena | 4:10-CV-01428 |
| Hudman, Dorothy M. | 4:10-CV-01576 |
| Williams, Mary Ann | 4:10-CV-01583 |
| | |
| Lininger, Linda | 4:10-CV-01617 |
| Polk, Geneva | 4:10-CV-01618 |
| Nichols, Ginger G. | 4:10-CV-01620 |
| Ryan, Faye | 4:10-CV-01625 |
| Rackle, Karen | 4:10-CV-01627 |
| | |
| Robbins, Ruby | 4:10-CV-01676 |
| Pitsinger, Muriel | 4:10-CV-01701 |
| Gattis, Melissa | 4:10-CV-02020 |
| Weber, Jane S. | 4:10-CV-02049 |
| Belnap, Gary | 4:10-CV-02074 |
| | |
| Westerfield, Arlene | 4:10-CV-02081 |
| Boles, Dorothy | 4:11-CV-00096 |
| Eden, Barbara | 4:11-CV-00097 |
| Grobstein, Elaine | 4:11-CV-00098 |
| Hruska, Judith | 4:11-CV-00100 |
| | |
| Clark, Charlotte A. | 4:11-CV-00109 |
| Johnson, Carole | 4:11-CV-00110 |
| Weiford, Marjorie | 4:11-CV-00111 |
| Fields, Jo Ann | 4:11-CV-00113 |
| Monroe, Rosie | 4:11-CV-00131 |
| | |
| Terry, Carol Jane | 4:11-CV-00132 |
| Whatley, Dolores | 4:11-CV-00203 |
| Weymouth, Genevieve | 4:11-CV-00293 |
| Mari, Linda | 4:11-CV-00322 |
| Riegle, Virginia A. | 4:11-CV-00787 |
| | |
| Cline, Carolyn | 4:12-CV-00340 |